# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1994.  TOTAL  RENAL  CARE,  INC.  et al.  v.  ROY  SEAY,  AS ADMINISTRATOR OF THE ESTATE OF JOHN SEAY et al.**

The trial court granted partial summary judgment and "partial final judgment" in favor of the defendant "[d]octor and nurses" in this wrongful death action. The plaintiffs filed both an application for interlocutory review and a notice of appeal from these rulings. Three of the remaining defendants filed both a timely application for interlocutory review and a timely notice of cross-appeal. Following this Court's grant of both applications, these defendants filed two notices of appeal on the same day. One is a second notice of cross-appeal docketed as Case No. A19A1993, and the other is from the granted interlocutory application, which has been docketed as the instant case, Case No. A19A1994. Because this case is duplicative of Case No. A19A1993, it is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A19A1993.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/22/2019*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*